UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GENENA V. RICHARDSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:23-CV-151 RLW |
| ) | |
| CARDINAL RITTER RESIDENTIAL ) | |
| SERVICES, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the filing of an unsigned second amended complaint by self-represented plaintiff Genena V. Richardson. (ECF No. 7). The Local Rules of this Court require all filings to be signed by the self-represented party or the party's attorney. *See* E.D. Mo. L.R. 2.01(A)(1). Similarly, under Federal Rule of Civil Procedure 11(a), every written pleading or motion must be signed "by a party personally if the party is unrepresented" and the Court should strike an unsigned paper "unless the omission is promptly corrected after being called to the . . . party's attention." Plaintiff's amended complaint violates the Local Rules of this Court and the Federal Rules of Civil Procedure because it is not signed. Consequently, the Court will direct the Clerk of Court to mail a copy of the second amended complaint to plaintiff, so she may sign it and return it to the Court for filing. Upon receipt, the Court will docket the signed document as a third amended complaint.[1]

In addition, plaintiff has included her Social Security number in an attachment to the second amended complaint. (*See* ECF No. 7 at 8). Under Federal Rule of Civil Procedure 5.2(a)

---

[1] Although the second amended complaint is subject to being stricken from the record pursuant to Rule 11(a), Fed. R. Civ. P., the Court will not order it stricken because plaintiff is being directed to file a third amended complaint that will replace the original and previously filed amended complaints.

and Local Rule 2.17, the party filing an exhibit with personal data identifiers in it, such as Social Security numbers, must exclude or partially redact such information. *See* Fed. R. Civ. P. 5.2(a); E.D. Mo. L.R. 2.17(B). Because plaintiff is self-represented, the Court will redact this personal identifier <u>on this one occasion</u>.

Plaintiff is instructed that it is her responsibility to redact this personal information when submitting her third amended complaint and for any future filings. Under the Local Rules, the "Clerk of Court will not review [a] filing for compliance." E.D. Mo. L.R. 2.17(B). As such, redaction of personal information is not the responsibility of the Court. Further, plaintiff is cautioned that under Federal Rule of Civil Procedure 5.2(h), a person waives the privacy protection for filings made with the Court as to her own personal information if she files it without redaction and not under seal.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall mail to plaintiff a copy of ECF No. 7, the second amended complaint.

**IT IS FURTHER ORDERED** that, no later than **Tuesday, May 16, 2023**, plaintiff shall sign the complaint and return it to the Court.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to redact plaintiff's Social Security number on page 8 of ECF No. 7.

**Plaintiff's failure to timely comply with this Order may result in this action being dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, without further notice.**

*Ronnie L. White*
_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this <u>25th</u> day of April, 2023.